### CITY OF WILMINGTON v. THOMAS H. WRIGHT.

(Filed 29 November, 1950.)

**Appeal and Error § 40f—**

Denial of motion to strike certain portions of complaint upheld upon authority of *Buchanan v. Dickerson, Inc., ante,* 421.

JOHNSON, J., took no part in the consideration or decision of this case.

APPEAL by defendant from *Grady, Emergency Judge,* September Term, 1950, of NEW HANOVER.

This action was instituted by the plaintiff to recover damages, alleged by it to have been sustained by reason of the negligence of the defendant, his agents, servants and employees, by causing spoil from a dredging operation to be placed on and upon one of its sanitary sewer lines to such an extent and in such a manner as to damage and destroy the line.

The defendant in apt time moved to strike certain portions of the complaint. The motion was denied. The defendant excepted and appealed.

*Wm. B. Campbell for plaintiff.*

*Robert D. Cronly, Jr., and Varser, McIntyre & Henry for defendant.*

PER CURIAM. We concur in his Honor's ruling on the motion to strike. It is supported by our recent decisions. *Buchanan v. Dickerson, Inc.,* 232 N.C. 421, 61 S.E. 2d 187; *Hinson v. Britt,* 232 N.C. 379, 61 S.E. 2d 185; *Parker v. Duke University,* 230 N.C. 656, 55 S.E. 2d 189.

The judgment is

Affirmed.

JOHNSON, J., took no part in the consideration or decision of this case.

---

### MEMORANDUM ORDER FILED 24 MAY, 1950

*S. v. Melton.* Appeal by defendant-petitioner from *Pless, J.,* May Term, 1950, of BUNCOMBE. Petition for writ of *certiorari* denied for want of showing of merit. See *S. v. Bowers,* 94 N.C. 910; *Albertson v. Albertson,* 207 N.C. 547; *S. v. Horne,* 191 N.C. 375; *Provision Co. v. Daves,* 190 N.C. 7; *In re Wingler,* 231 N.C. 560.